# Exhibit 1

# OKLAHOMA STATE COURTS NETWORK

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| (1) M Properties, LLC,<br><br>(2) Michael Martin,<br>    Plaintiff,<br>v.<br><br>(1) State Farm Fire and<br>   Casualty Company,  and<br><br>(2) Scott Leming Insurance<br>    Agency, Inc.,<br>     Defendant. | **No. CJ-2026-1191**<br>**(Civil relief more than $10,000: INDEBTEDNESS)**<br><br>Filed: 02/17/2026<br><br><br>Judge: Ogden, Richard |

# PARTIES

M Properties, LLC, Plaintiff
Martin,  Michael, Plaintiff
Scott Leming Insurance Agency, Inc., Defendant
State Farm Fire and Casualty Company, Defendant

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Harmon,  Joel  W (Bar #11332)<br>A PROFESSIONAL CORPORATION<br>324 NORTH ROBINSON SUITE 100<br>OKC, OK 73102 | Scott Leming Insurance Agency, Inc., |
| MASTERS,  PAIGE  A (Bar #31142)<br>CROWE & DUNLEVY<br>A PROFESSIONAL CORPORATION BRANIFF BUILDING<br>324 N. ROBINSON AVE. SUITE 100<br>OKC, OK 73102 | Scott Leming Insurance Agency, Inc.,<br>State Farm Fire and Casualty Company, |

**EXHIBIT 1**

| Attorney | Represented Parties |
|---|---|
| Rother,  Timila  S (Bar #14310)<br>324 N ROBINSON AVE SUITE 100<br>OKC, OK 73102 | Scott Leming Insurance Agency, Inc.,<br>State Farm Fire and Casualty Company, |
| WHITTEN,  REGGIE  N (Bar #9576)<br>WHITTEN BURRAGE<br>512 NORTH BROADWAY AVENUE<br>SUITE 300<br>OKLAHOMA CITY, OK 73102 | M Properties, LLC,<br>Martin,   Michael |

# EVENTS

Get Text Reminders

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**     Issue: INDEBTEDNESS (INDEBT)
Filed By: M Properties, LLC
Filed Date: 02/17/2026

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | Amount |
|---|---|---|---|
| 02-17-2026 | [ TEXT ] | | #1 |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | |
| 02-17-2026 | [ INDEBT ] | | |
| | | INDEBTEDNESS | |
| 02-17-2026 | [ DMFE ] | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | |
| 02-17-2026 | [ PFE1 ] | | $ 163.00 |
| | | PETITION | |
| 02-17-2026 | [ PFE7 ] | | $ 6.00 |
| | | LAW LIBRARY FEE | |
| 02-17-2026 | [ OCISR ] | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | |
| 02-17-2026 | [ OCJC ] | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | |

| | | |
|---|---|---|
| **02-17-2026** [ **OCASA** ] | | $ 10.00 |
| OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | |
| **02-17-2026** [ **SSFCHSCPC** ] | | $ 10.00 |
| SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| **02-17-2026** [ **CCADMINCSF** ] | | $ 1.00 |
| COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| **02-17-2026** [ **CCADMIN0155** ] | | $ 0.16 |
| COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | |
| **02-17-2026** [ **SJFIS** ] | | $ 0.45 |
| STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | |
| **02-17-2026** [ **DCADMIN155** ] | | $ 0.23 |
| DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | |
| **02-17-2026** [ **DCADMINCSF** ] | | $ 1.50 |
| DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| **02-17-2026** [ **CCRMPF** ] | | $ 10.00 |
| COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | |
| **02-17-2026** [ **DCADMIN10** ] | | $ 1.50 |
| DISTRICT COURT ADMIN FEE FOR $10 COLLECTION | | |
| **02-17-2026** [ **CCADMIN10** ] | | $ 1.00 |
| COURT CLERK ADMIN FEE FOR $10 COLLECTION | | |
| **02-17-2026** [ **LTF** ] | | $ 10.00 |
| LENGTHY TRIAL FUND | | |
| **02-17-2026** [ **SMF** ] | | $ 20.00 |
| SUMMONS FEE X 2 | | |
| **02-17-2026** [ **P** ] | | |
| PETITION Document Available (#1064640583) TIFF  PDF | | |
| **02-17-2026** [ **TEXT** ] | | |
| OCIS HAS AUTOMATICALLY ASSIGNED JUDGE OGDEN, RICHARD TO THIS CASE. | | |

**02-17-2026  [ ACCOUNT ]**

RECEIPT # 2026-6022150 ON 02/17/2026.
PAYOR: WHITTEN & BURRAGE, LLP TOTAL AMOUNT PAID: $ 268.39.
LINE ITEMS:
CJ-2026-1191: $183.00 ON AC01 CLERK FEES.
CJ-2026-1191: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2026-1191: $2.16 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2026-1191: $10.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2026-1191: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2026-1191: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2026-1191: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2026-1191: $3.23 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2026-1191: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2026-1191: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2026-1191: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2026-1191: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**03-10-2026  [ SMS ]**

SUMMONS RETURNED, SERVED: SCOTT LEMING INS. AGENCY INC., SERVED ON 3-6-2026 BY
CORPORATION/PARTNERSHIP SERVICE, COPY RECEIVED BY SCOTT LEMING
Document Available (#1064684715) TIFF    PDF

**03-13-2026  [ POS ]**

RETURN OF SERVICE
Document Available (#1064970317) TIFF    PDF

**03-26-2026  [ EAA ]**

ENTRY OF APPEARANCE
Document Available (#1065140912) TIFF    PDF

**03-26-2026  [ EAA ]**

ENTRY OF APPEARANCE
Document Available (#1065140913) TIFF    PDF

**03-26-2026  [ EAA ]**

ENTRY OF APPEARANCE
Document Available (#1065140914) TIFF    PDF

**03-26-2026  [ MO ]**

DEFENDANT SCOTT LEMING INSURANCE AGENCY, INC.'S MOTION TO DISMISS PETITION AND BRIEF IN
SUPPORT
Document Available (#1065140915) TIFF    PDF

**03-30-2026  [ EAA ]**

ENTRY OF APPEARANCE BY JOEL W HARMON ON BEHALF OF STATE FARM FIRE AND CASUALTY CO.
Document Available (#1064894465) TIFF    PDF

**03-30-2026  [ EAA ]**

ENTRY OF APPEARANCE ATT PAIGE A. MASTERS ON BEHALF OF STATE FARM FIRE AND CASUALTY
COMPANY
Document Available (#1064744851) TIFF    PDF

**03-30-2026  [ EAA ]**

ENTRY OF APPEARANCE ATT TIMILA S. ROTHER ON BEHALF OF STATE FARM FIRE AND CASUALTY COMPANY

Document Available (#1064744855) ⬜TIFF    🔺PDF

---

**03-30-2026  [ A ]**

DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S ANSWER TO PLAINTIFF'S PETITION

Document Available (#1064744621) ⬜TIFF    🔺PDF